UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                                              MDL No. 2325

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −37)

On February 7, 2012, the Panel transferred 80 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 290 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>Jul 02, 2012<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>*Jeffery N. Lüthi*<br>Jeffery N. Lüthi<br>Clerk of the Panel<br><br>A TRUE COPY CERTIFIED ON<br>JUL − 2 2012<br>TERESA L. DEPPNER, CLERK<br>U.S. District Court<br>Southern District of West Virginia<br>By_____ Deputy |

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                                                    MDL No. 2325

SCHEDULE CTO-37 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 12-02736 | Burkhead et al v. American Medical Systems, Inc. |
| CAN | 3 | 12-02737 | Weston et al v. American Medical Systems, Inc. |
| CAN | 3 | 12-02746 | Smith v. American Medical Systems, Inc. |
| CAN | 3 | 12-02747 | Curry v. American Medical Systems, Inc. et al |
| CAN | 3 | 12-02755 | Wollert et al v. American Medical Systems, Inc. |
| CAN | 3 | 12-02837 | Hartbarger v. American Medical Systems, Inc. |
| CAN | 3 | 12-02838 | Morgan et al v. American Medical Systems, Inc. |
| CAN | 3 | 12-02839 | Collier et al v. American Medical Systems, Inc. |
| CAN | 3 | 12-02932 | Brush et al v. American Medical Systems, Inc. |
| CAN | 4 | 12-02929 | Petty et al v. American Medical Systems, Inc. |
| DELAWARE | | | |
| DE | 1 | 12-00687 | Craven v. American Medical Systems Inc. |
| DE | 1 | 12-00688 | Benitez v. American Medical Systems Inc. |
| DE | 1 | 12-00689 | Swanson v. American Medical Systems Inc. |
| DE | 1 | 12-00733 | Saavedra v. American Medical Systems Inc. |
| DE | 1 | 12-00734 | Adkinson v. American Medical Systems Inc. |
| DE | 1 | 12-00735 | Barrios v. American Medical Systems Inc. |
| DE | 1 | 12-00736 | Bennett v. American Medical Systems Inc. |
| DE | 1 | 12-00737 | Eagleton v. American Medical Systems Inc. |
| DE | 1 | 12-00738 | Higginbotham et al v. American Medical Systems Inc. |
| INDIANA SOUTHERN | | | |
| INS | 1 | 12-00767 | SAHM et al v. AMERICAN MEDICAL SYSTEMS |
| LOUISIANA EASTERN | | | |
| LAE | 2 | 12-01504 | Basha v. American Medical Systems, Inc. |
| LAE | 2 | 12-01516 | White v. American Medical Systems, Inc. et al |

LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 3 | 12-00189 | Peoples v. American Medical Systems Holdings Inc et al |
| LAW | 5 | 12-00528 | Keeth et al v. American Medical Systems Holdings Inc et al |

MICHIGAN EASTERN

| | | | |
|---|---|---|---|
| MIE | 2 | 12-12536 | Rose v. American Medical Systems, Inc. et al |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 12-01261 | Keon v. American Medical Systems, Inc. |

NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 12-00603 | BREWER v. AMERICAN MEDICAL SYSTEMS, INC. |

OKLAHOMA NORTHERN

| | | | |
|---|---|---|---|
| OKN | 4 | 12-00311 | Holman et al v. American Medical Systems, Inc. et al |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 12-02917 | SHAUGHGNESSY v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-02984 | DIXON v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-03092 | MAASSEN et al v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-03190 | SCACCO et al v. AMERICAN MEDICAL SYSTEMS, INC. et al |
| PAE | 2 | 12-03228 | CRUNK v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-03229 | ECHOLS v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-03230 | HANSON v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-03231 | KNEZOVICH v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-03233 | BUCHANAN v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-03234 | COLLINS v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-03235 | CECIL v. ENDO PHARMACEUTICALS et al |

TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 2 | 12-02405 | Pride-Williams et al v. American Medical Systems, Inc. |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 4 | 12-00356 | Humphrey v. American Medical Systems Holdings, Inc et al |