IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTY BRUSH, JIMMY BRUSH, CONNIE BRYANT, MYRON BRYANT, DANITA LATAINE KEY, AGENT SHAWN KEY, TAMMY KNIGHTEN, DANNY KNIGHTEN, BERTHA LEONARD, FRED LEONARD, KIMBERLEY MEADOWS, SAMMY MEADOWS, CINDY KAY PEARSON, CAROLE DUNFEE,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>Defendant. | No. C 12-02932 WHA<br><br>**ORDER RE MOTION TO REMAND** |

Plaintiffs Patty Brush, Jimmy Brush, Connie Bryant, Myron Bryant, Danita Lataine Key, Agent Shawn Key, Tammy Knighten, Danny Knighten, Bertha Leonard, Fred Leonard, Kimberley Meadows, Sammy Meadows, Cindy Kay Pearson, Carole Dunfee, filed a motion to remand on July 6, 2012. On July 2, 2012, this action was transferred under 28 U.S.C. 1407 to the Southern District of West Virginia for coordinated pretrial proceedings. This Court will not take action on the pending motion to remand, as the MDL court will handle pretrial proceedings.

**IT IS SO ORDERED.**

Dated: July 10, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE